*Monday, January 10, 2000*

## MOTION DOCKET

**96–2819. State v. Hessler.**
Franklin C.P. No. 95CP116906. This cause is pending before the court as an appeal from the Court of Common Pleas of Franklin County. Upon consideration of appellant's motion to continue oral argument currently scheduled for January 11, 2000,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

**97–52. State v. Hessler.**
Franklin App. No. 96AP12–1664. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to continue oral argument currently scheduled for January 11, 2000,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

**99–765. State v. Suffecool.**
Stark App. No. 1998CA00101. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of the motion of *amicus curiae,* Ohio Attorney General Betty D. Montgomery, to participate in oral argument scheduled for January 12, 2000,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellee.

## MISCELLANEOUS DISMISSALS

**99–1904. Terry v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–K–345. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to remand this case to the Board of Tax Appeals for an order reflecting the parties' settlement,

IT IS ORDERED by the court that the motion to remand this case be treated as an application for dismissal and, as such, it is granted, and this cause is remanded to the Board of Tax Appeals for entry of an order.

IT IS FURTHER ORDERED that the parties are to bear their respective costs herein expended; and that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution; and that a copy of this entry be certified to the Board of Tax Appeals for entry.